# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>A DARK COLORED BMW 745I BEARING )<br>VEHICLE IDENTIFICATION NUMBER (VIN) )<br>WBAGL63473DP62694 AND NEVADA )<br>LICENSE PLATE NUMBER 77B544, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:15-mj-00911-NJK<br><br>ORDER |

Pending before the Court is the United States' motion to unseal case. Docket No. 3. The Court already granted a previously filed motion to unseal. *See* Docket Nos. 1 (motion to unseal), 2 (order granting motion to unseal). Accordingly, the United States' motion to unseal case, Docket No. 3, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: June 21, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge